IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:22-CR-00001-M

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| ARTHUR REID JENNINGS, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the United States of America's Motion for Order to Release Funds. DE 40. For good cause shown, the motion is GRANTED. The Tabor City Police Department shall turn over funds recovered from Arthur Reid Jennings, in the amount of $1,142.00, to the financial section of the United States District Court Clerk's Office for the Eastern District of North Carolina. The funds shall be applied to the outstanding restitution ordered in this case.

SO ORDERED this __3d__ day of July, 2023.

*Richard E Myers II*

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE