UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Arthur Reid Jennings**                      **Docket No. 7:22-CR-1-1M**

**Petition for Action on Supervised Release**

COMES NOW Korey A. Cross, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Arthur Reid Jennings, who, upon an earlier plea of guilty to Bank Robbery, in violation of 18 U.S.C. §§ 2113(a) and 2113(d), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on March 13, 2023, to the custody of the Bureau of Prisons for a term of 52 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Arthur Reid Jennings was released from custody on March 3, 2025, at which time the term of supervised release commenced.

On March 27, 2025, a Violation Report was submitted reporting drug use. It was recommended that supervision continue to allow the defendant an opportunity to comply with substance abuse treatment. The court agreed.

On April 22, 2025, a Violation Report was submitted reporting drug use. It was recommended that supervision continue to allow the defendant an opportunity to comply with increased substance abuse treatment. The court agreed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 9, 2025, a memo was submitted to the District of South Carolina requesting the defendant's supervision be transferred after the defendant asked to move in with his sister in Green Sea, South Carolina. On June 13, 2025, the officer assigned to the defendant's transfer investigation met with the defendant and collected a urinalysis that tested positive for marijuana. The defendant signed an admission form stating that he had smoked marijuana on June 10, 2025. On July 10, 2025, a letter was received from the District of South Carolina stating the transfer request was rejected due to the defendant moving back to his previous address in Tabor City, North Carolina. As a sanction for his conduct, it is respectfully recommended that the defendant be ordered to adhere to a curfew as directed by the probation officer, for a period not to exceed 90 days, and submit to GPS monitoring during that time.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 90 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Arthur Reid Jennings
Docket No. 7:22-CR-1-1M
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ David W. Leake<br>David W. Leake<br>Supervising U.S. Probation Officer | /s/ Korey A. Cross<br>Korey A. Cross<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-4290<br>Phone: 910-679-2051<br>Executed On: August 7, 2025 |

### ORDER OF THE COURT

Considered and ordered this 7th day of August, 2025, and ordered filed and made a part of the records in the above case.

_Richard E Myers II_
Richard E. Myers II
Chief United States District Judge