IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:22-CR-1-M

UNITED STATES OF AMERICA,

Plaintiff,

v.

ORDER

ARTHUR REID JENNINGS,

Defendant.

This matter comes before the court on the United States Probation Office's motion to revoke Defendant's supervised release. DE 55. Because Defendant has demonstrated eligibility: (I) the Office of the Federal Public Defender is DIRECTED to provide Defendant with counsel to represent him in connection with the motion; (2) the Clerk of Court is DIRECTED to issue a subpoena for any witness Defendant deems necessary to call for purposes of the motion; and (3) the United States Marshal is DIRECTED to serve any such subpoena and to pay the appropriate fees and expenses to witnesses so subpoenaed. See Fed. R. Crim. P. 1 7(b).

SO ORDERED this ___15ᵗʰ___ day of June, 2026.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE